IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| RICK LANPHER<br>*Plaintiff,* | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 5:20-cv-157-RWS |
| | § | |
| NATIONWIDE GENERAL<br>INSURANCE COMPANY<br>*Defendant.* | §<br>§<br>§<br>§ | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Rick Lanpher ("Plaintiff") and Defendant Nationwide General Insurance Company ("Defendant") hereby file this Agreed Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff filed suit against Defendant related to an insurance claim for property damage.

2. Plaintiff and Defendant have since resolved their differences to their mutual satisfaction.

3. Plaintiff moves to dismiss the entire suit with prejudice. Defendant agrees to the dismissal.

4. This case is not a class action, and a receiver has not been appointed.

5. This dismissal is with prejudice. The parties will bear their own costs of suit.

Respectfully submitted,

| | |
|---|---|
| */s/ Kyle Malone (w/ permission PMK)* | */s/ Patrick M. Kemp* |
| Kyle Malone | Patrick M. Kemp |
| Texas Bar No. 24102128 | Texas Bar No. 24043751 |
| ecfs@dalyblack.com | pkemp@smsm.com |
| Richard D. Daly | Robert G. Wall |
| Texas Bar No. 00796429 | Texas Bar No. 24072411 |
| rdaly@dalyblack.com | rwall@smsm.com |
| Daly & Black, P.C. | Segal McCambridge Singer & Mahoney |
| 2211 Norfolk St, Suite 800 | 100 Congress Avenue, Suite 800 |
| Houston, TX 77098 | Austin, Texas 78701 |
| (713) 655-1405 | (512) 476-7834 |
| (713) 655-1587 – Facsimile | (512) 476-7832 – Facsimile |
| **ATTORNEY FOR PLAINTIFF RICK LANPHER** | **ATTORNEYS FOR DEFENDANT NATIONWIDE GENERAL INSURANCE COMPANY** |

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF on this the 25th of May, 2021 to:

Kyle Malone
Richard Daly
Daly & Black, P.C.
2211 Norfolk, Suite 800
Houston, TX 77098
rdaly@dalyblack.com
ecfs@dalyblack.com

*/s/ Patrick M. Kemp*
Patrick M. Kemp