# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| RICK LANPHER, § | |
| § | |
| Plaintiff, § | **CIVIL ACTION NO. 5:20-CV-00157-RWS** |
| § | |
| v. § | |
| § | |
| NATIONWIDE GENERAL INSURANCE § | |
| COMPANY, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

Pursuant to the Court's order of dismissal, the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** that the above-captioned cause is **DISMISSED WITH PREJUDICE**. All motions by any party not previously ruled on are hereby **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close the case.

**So ORDERED and SIGNED this 7th day of June, 2021.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE